**Andrew P. Parks**, OSB No. 024161
Email: aparks@agsprp.com
**ARNOLD GALLAGHER PERCELL**
**ROBERTS & POTTER, PC**
800 Willamette Street, Suite 800
Eugene, Oregon 97401-2996
Telephone: (541) 484-0188
Facsimile: (541) 484-0536
***Of Attorneys for Home Federal Bank***

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| HOME FEDERAL BANK, a wholly-owned banking subsidiary of Home Federal Bancorp, Inc., an Idaho corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT PAUL TIMBERLAKE, Trustee of the SCOTT PAUL TIMBERLAKE REVOCABLE LIVING TRUST DATED 7-16-98, MORGAN E. TIMBERLAKE II, an individual, SCOTT PAUL TIMBERLAKE, an individual,<br><br>Defendants. | CASE NO. 3:12-CV-00298-SI<br><br>MOTION & ORDER TO DISMISS |

**STIPULATION**

Plaintiff hereby moves the court for an order dismissing the above-captioned matter against Defendants without prejudice and without an award of costs, disbursements or fees to any party. None

of the Defendants have yet appeared in this matter.

DATED this 11th day of May, 2012.

ARNOLD GALLAGHER PERCELL
ROBERTS & POTTER, PC

***/s/ Andrew P. Parks***

Andrew P. Parks, OSB #024161
Of Attorneys for Plaintiff

**ORDER**

THIS MATTER, having come before the court on the stipulation of the parties, and the court being fully advised on the premises, it is hereby,

ORDERED AND ADJUDGED AND DECREED, that all claims pending in this matter are dismissed without prejudice and without an award of costs, disbursements or fees to any party.

DATED this 14th day of May, 2012.

Hon. Michael H. Simon
District Court Judge